UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-5547 PSG (VBKx) | Date | September 6, 2011 |
|---|---|---|---|
| Title | Linwood Edward Tracy v. Mark J. Saldino *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers) Order Dismissing Case With Prejudice**

    On July 5, 2011, before transferring this case to this Court, the United States District Court for the District of Nevada granted Defendants' motion to dismiss the case and ordered that Plaintiff's complaint be dismissed with leave to amend to state an equal protection claim. *See Notice of Plaintiff's Failure to File First Amended Complaint* [Dkt # 68], Exh. A. Plaintiff has not filed an amended complaint. Accordingly, the Court DISMISSES this case in its entirety WITH PREJUDICE.

    **IT IS SO ORDERED.**